

David Young

7-21-17

3:00 1A

## Case Assignment
## Standard Magistrate Assignment

Case number **3:17MJ-381**

Note: Judge determined by charging documentation.

Assigned on 7/20/2017 5:12:16 PM
Transaction ID: 9626

[Return]